IN THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

Tracie Chatelain,

    Plaintiff

v.

Union General Hospital System,    JURY TRIAL DEMAND

Defendants.

EXHIBIT 2 – TOLLING LETTER



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Atlanta District Office**

100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Atlanta Direct Dial: (470) 531-4760
FAX (404) 562-6909/6910
Website: www.eeoc.gov

**_VIA THE EEOC RESPONDENT PORTAL AND EMAIL_**

May 02, 2024

Re:   Chatelain, L. Tracie v. Union General Heath System
      EEOC Charge No. 410-2023-00220

To whom it may concern,

As you are aware, the above-referenced Charging Party has filed a charge of employment discrimination against your organization. The EEOC received a timely inquiry from the Charging Party but was not able to process it until a later date. Nonetheless, as this delay was not the fault of the Charging Party, the EEOC will process the charge.

As part of our notification, the Notice of Charge of Discrimination is available to you in the Respondent Portal. A copy of the formal charge of discrimination is also available in the Portal.

We regret any inconvenience to the parties. If you have any questions, please do not hesitate to contact the Atlanta District Office at atdointake@eeoc.gov.

Thank you, U.S. EEOC Atlanta District Office